WILLIAM E. HOSEA *et al.* v. J. W. McCLURE *et al.*, No. 4861.—J. Q. HENRY *et al.* v. WM. H. McCLURE *et al.*, No. 4683.

*Per Curiam:* The order of the judge of Allen district court dissolving the attachment in these cases will be affirmed, upon the authority of the case of *Hosea v. McClure*, just decided.